Others, Defendants, and MORRIS BASKIN and MAX SHAPIRO, Respondents. (Action No. 2.) — Order reversed on the law, with ten dollars costs and disbursements, and motion to strike out the answers granted, with ten dollars costs, on authority of *Bischoff* v. *Isadore Holding Corp., No. 1 (ante,* p. 682), decided herewith. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

COLONIAL FINANCIAL CORPORATION, Appellant, v. GENEVIEVE W. HYDE and Others, Respondents. (Appeal No. 1.) — Judgment affirmed, with costs. No opinion. Young, Hagarty and Tompkins, JJ., concur; Lazansky, P. J., and Carswell, J., concur except as to that part of the judgment which affords affirmative relief to defendant Whalen, as to which they dissent upon the ground that Whalen did not make a tender of the amount actually paid by plaintiff.

COLONIAL FINANCIAL CORPORATION, Appellant, v. GENEVIEVE W. HYDE and Others, Respondents. (Appeal No. 2.) — Order allowing amendments to proposed case on appeal affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of FLORENCE EDERLE, Respondent, v. ABRAHAM BRAVER, Appellant.— Order of the Court of Special Sessions of the City of New York, Borough of Brooklyn, dated November 19, 1930, denying defendant's motion for a new trial upon the ground of newly-discovered evidence, reversed upon the law and the facts and motion granted. The facts submitted in support of the motion are newly discovered and are sufficient to warrant the granting of a new trial. In view of this decision the appeal from the order of filiation is dismissed. Lazansky, P. J., Carswell and Scudder, JJ., concur; Kapper, J., dissents and votes to affirm both orders; Davis, J., dissents and votes to affirm the order of filiation and to dismiss the appeal from the order denying the motion for a new trial, being of opinion that the Court of Special Sessions was without legal authority to entertain the motion. (*People* v. *Sparrow,* 93 Misc. 468.)

GILBERT F. HAGGERTY, Appellant, v. JAMES RUANE, Respondent.— Order denying motion for a preference affirmed, with ten dollars costs and disbursements. Order denying examination before trial affirmed without prejudice to a renewal upon a notice specifying that the defendant be examined as to any representations or promises made in connection with the contract of sale of the property; that the indebtedness of defendant or the said copartnership was canceled by plaintiff and so regarded by defendant at the time of the transaction referred to; that no deed has been delivered to plaintiff and the reasons therefor; the solvency of the defendant's firm during February, 1927, and for several months thereafter; and the improvements made to the property by the plaintiff to the knowledge or with the consent of the defendant. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

HELEN B. HOUSER, Respondent, v. BYRON R. HOUSER, Appellant.— Order enjoining defendant from prosecuting an action for divorce in Ohio affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

In the Matter of the Application of ABRAHAM SLUTSKY, Respondent, for a Peremptory Order of Mandamus against NOAH FINKELSTEIN and Others, Appellants.— Order granting peremptory mandamus order for inspection of corporate books unanimously affirmed, with ten dollars costs and disbursements. No